**Order entered October  14 , 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00679-CV

### MAURICE MURPHY, Appellant

### V.

### AMY WASHINGTON A/K/A ELISA MURPHY, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-06133Y**

## ORDER

Because court reporter Francheska Duffey has failed to comply with our February 19, 2013 order to file either the reporter's record or written verification that appellant has not requested preparation of the record, we again **ORDER** Ms. Duffey to file either the record or the requested verification.  The record or verification shall be filed no later than October 24, 2013. *We caution appellant that if we receive verification that he has not requested the record, we will order the appeal submitted without it.*

We **DIRECT** the Clerk of the Court to send copies of this order by electronic transmission to Ms. Duffey and by first-class mail to Maurice Murphy and Amy Washington.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE